**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 2:15-cv-01641 |
| v. | § § | |
| AT&T CORP. | § § | PATENT CASE |
| Defendant. | § § § | |

**PLAINTIFF ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC'S
AGREED MOTION TO SUBSTITUTE PARTIES**

Plaintiff Rothschild Connected Devices Innovations, LLC and Defendant AT&T Corp. agree to substitute AT&T Mobility LLC for AT&T Corp. as the defendant in this action. AT&T Mobility LLC does not oppose this motion.

Plaintiff Rothschild Connected Devices Innovations, LLC therefore moves the Court for an order substituting AT&T Mobility LLC for AT&T Corp. as the defendant in this action.

2

| | |
|---|---|
| Dated: November 23, 2015 | Respectfully submitted, |

| | |
|---|---|
| _/s/ Jay Johnson_ | _/s/ Timothy S. Durst w/permission_ |
| Jay Johnson | Timothy S. Durst |
| State Bar No. 24067322 | Lead Attorney |
| D. Bradley Kizzia | Texas Bar No. 00786924 |
| State Bar No. 11547550 | tim.durst@bakerbotts.com |
| Anthony Ricciardelli | Douglas M. Kubehl |
| State Bar No. 24070493 | Texas State Bar No. 00796909 |
| **KIZZIA JOHNSON PLLC** | doug.kubehl@bakerbotts.com |
| 750 N. St. Paul Street, Suite 1320 | **BAKER BOTTS L.L.P.** |
| Dallas, Texas 75201 | 2001 Ross Avenue, Suite 600 |
| (214) 613-3350 | Dallas, Texas 75201-2980 |
| Fax: (214) 613-3330 | Telephone: 214-953-6500 |
| jay@kjpllc.com | Facsimile: 214-953-6503 |
| bkizzia@kjpllc.com | |
| anthony@brownfoxlaw.com | |
| | |
| **ATTORNEYS FOR PLAINTIFF ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC** | **ATTORNEYS FOR AT&T CORP. AND AT&T MOBILITY LLC** |

### CERTIFICATE OF SERVICE

I hereby certify that counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

_/s/ Jay Johnson_
Jay Johnson