# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § § § § § § § § § § | Case No: 2:15-cv-01877-JRG-RSP |
| Plaintiff, | | LEAD CASE |
| v. | | |
| AMERICAN HONDA MOTOR CO., INC., *et al.*, | | |
| Defendants. | | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § § § § § § § § | Case No: 2:15-cv-01641-JRG-RSP |
| Plaintiff, | | CONSOLIDATED CASE |
| v. | | |
| AT&T MOBILITY LLC, | | |
| Defendant. | | |

**AGREED MOTION FOR DISMISSAL**

The plaintiff Rothschild Connected Devices Innovations, LLC ("Plaintiff") and defendant AT&T Mobility LLC, pursuant to Fed. R. Civ. P. 41(a), stipulate to and move for an order dismissing all of Plaintiff's claims with respect to United States Patent No. 8,788,090 against AT&T Mobility LLC, with prejudice.

Plaintiff and defendant AT&T Mobility LLC also move for an order dismissing as moot, and without prejudice, all counterclaims brought by AT&T Mobility LLC against Plaintiff in the above-captioned action.

Plaintiff and defendant AT&T Mobility LLC further move the Court to order that all costs and expenses relating to this litigation (including attorneys' and expert fees and expenses) with respect to Plaintiff and defendant AT&T Mobility LLC be borne solely by the party incurring the same.

Dated: May 3, 2016                                                          Respectfully submitted,

| | |
|---|---|
| */s/ Jay Johnson (with permission)* | */s/ Timothy S. Durst* |
| JAY JOHNSON | Timothy S. Durst |
| State Bar No. 24067322 | Lead Attorney |
| BRAD KIZZIA | Texas Bar No. 00786924 |
| State Bar No. 11547550 | tim.durst@bakerbotts.com |
| ANTHONY RICCIARDELLI | Douglas M. Kubehl |
| State Bar No. 24070493 | Texas Bar No. 00796909 |
| **KIZZIA JOHNSON PLLC** | doug.kubehl@bakerbotts.com |
| 1910 Pacific Ave. | Ross G. Culpepper |
| Suite 13000 | Texas Bar No. 24069559 |
| Dallas, TX 75201 | ross.culpepper@bakerbotts.com |
| (214) 451-0164 | Monica Hughes |
| Fax: (214) 451-0165 | Texas Bar No. 24087768 |
| jay@kjpllc.com | monica.hughes@bakerbotts.com |
| bkizzia@kjpllc.com | Jerry D. Tice, II |
| anthony@kjpllc.com | Texas Bar No. 24093263 |
| | jerry.tice@bakerbotts.com |
| | **BAKER BOTTS L.L.P.** |
| | 2001 Ross Avenue, Suite 600 |
| | Dallas, Texas  75201-2980 |
| | Telephone: 214-953-6500 |
| | Facsimile: 214-953-6503 |
| **ATTORNEYS FOR PLAINTIFF ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC** | **ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC** |

### CERTIFICATE OF SERVICE

I hereby certify that as of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                                                    */s/ Timothy S. Durst*
                                                                    Timothy S. Durst