IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01877-JRG-RSP |
| v. | § § | LEAD CASE |
| AMERICAN HONDA MOTOR CO., INC., *et al.*, | § § § | |
| Defendants. | § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01641-JRG-RSP |
| v. | § § | CONSOLIDATED CASE |
| AT&T MOBILITY LLC, | § § | |
| Defendant. | § § | |

**ORDER OF DISMISSAL**

The Court has considered the Agreed Motion for Dismissal filed by plaintiff Rothschild Connected Devices Innovations, LLC ("Plaintiff") and defendant AT&T Mobility LLC. The Court is of the opinion that the motion for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that all of Plaintiff's claims with respect to United States Patent No. 8,788,090 against defendant AT&T Mobility LLC are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that all counterclaims brought by defendant AT&T Mobility LLC against Plaintiff are dismissed as moot without prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses with respect to Plaintiff and defendant AT&T Mobility LLC shall be borne solely by the party incurring the same.

This is a final judgment.

**SIGNED this 8th day of May, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE